USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-17-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL DE MACEDO MONTEIRO,

                Plaintiff,

-against-

ALPARGATAS, S.A.,

                Defendant.

No. 21-CV-2192 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Alpargatas S.A.'s motion [dkt. no. 6] to dismiss the complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. The parties shall appear for a pre-argument conference on December 2, 2021 at 9:30 a.m. at 500 Pearl Street, New York, NY 10007, Courtroom 12A. Any request to hold the conference by video shall be submitted no later than Friday November 19 at 12 p.m.

**SO ORDERED.**

Dated:    November 17, 2021
            New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1