UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DE MACEDO MONTEIRO,<br><br>              Plaintiff,<br><br>-against-<br><br>ALPARGATAS, S.A.,<br><br>              Defendant. | No. 21-CV-2192 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for oral argument on Defendant's motion to dismiss on Wednesday January 5, 2022 at 12 p.m. at 500 Pearl Street, New York, NY 10007, Courtroom 12A.

**SO ORDERED.**

Dated:    December 17, 2021
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1