UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DE MACEDO MONTEIRO,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALPARGATAS, S.A.,<br><br>                    Defendant. | No. 21 CV 2192(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   Oral argument on Defendant's motion to dismiss is currently scheduled for Wednesday January 5, 2022, at 12:00 p.m.  (Dkt. no. 23.)  The parties shall jointly inform the Court no later than Thursday December 30, 2021, whether they consent to proceed remotely by video.

   If the parties consent to proceed remotely, Chambers will communicate separately the videoconference information.  An audio-only public dial-in will be available using the following information:

Dial-in (877) 402-9753.  Access code:  6545179.

**SO ORDERED.**

Dated:    December 27, 2021
          New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge