UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DE MACEDO MONTEIRO,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALPARGATAS, S.A.,<br><br>                    Defendant. | No. 21-CV-2192 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

     The Court heard oral argument on Defendant's motion to dismiss on January 5, 2022.  For the reasons stated on the record at that hearing, the complaint is dismissed for lack of subject matter jurisdiction.  Pursuant to 28 U.S.C. § 1447(c), the case is remanded to the Supreme Court of the State of New York, New York County.

     The Clerk of the Court is respectfully directed to mark this matter as closed and to deny any outstanding motions as moot.

**SO ORDERED.**

Dated:    January 5, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge